Clear Form

FILED

MAY 28 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bonnie Silveria, Elyto Linda
Sean Denny, Binford community

Plaintiff,

vs.

County of Marin, Marin County
Sherriffs Department, Michael Shannons
Julia Barnes, Does 1-10

Defendant.

CASE NO. C24-03181 AMO

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Bonnie Silveria, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.    Business, Profession or                    Yes ____  No ✓

8             self employment?

9       b.    Income from stocks, bonds,                 Yes ____  No ✓

10            or royalties?

11      c.    Rent payments?                             Yes ____  No ✓

12      d.    Pensions, annuities, or                    Yes ____  No ✓

13            life insurance payments?

14      e.    Federal or State welfare payments,         Yes ____  No ✓

15            Social Security or other govern-

16            ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                                Yes ____  No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.    a.    List amount you contribute to your spouse's support: $ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2       _____

3       _____

4  5.   Do you own or are you buying a home?        Yes ___   No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                   Yes ✓    No ___

7  Make __LINCOL__  FORD   Year __2000__ 2007   Model __CONTINENTAL__ F-150

8  Is it financed? Yes ____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account?  Yes ✓   No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: BANK OF THE WEST

12 PATELCO

13 Present balance(s):  $ OVERDRAWN

14 Do you own any cash? Yes ___ No ___ Amount: $ 0

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                                  Yes ___ No ___

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ ___S___                       Utilities: $160

20 Food: $ _____                Clothing: _____

21 Charge Accounts:

22 Name of Account         Monthly Payment        Total Owed on This Account

23 _____          $ _____       $ _____

24 _____          $ _____       $ _____

25 _____          $ _____       $ _____

26 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No __✓__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05/25/24                            *Bonnie Silvera*

DATE                                SIGNATURE OF APPLICANT

- 4 -