Clear Form

FILED

MAY 28 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Bonnie Silveria, Elgio Limeta, Sean Dorning, Binford Community,

Plaintiff,

vs.

County of Marin, Marin County Sheriffs Department, Michael Thompson, Julia Barnes, Does 1-10

Defendant.

CASE NO. C24-03181 AMO

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Eligo Limeta, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7         a.    Business, Profession or                    Yes ____ No \_\_\_

8               self employment?

9         b.    Income from stocks, bonds,                 Yes ____ No \_\_\_

10              or royalties?

11        c.    Rent payments?                             Yes ____ No \_\_\_

12        d.    Pensions, annuities, or                    Yes ____ No \_\_\_

13              life insurance payments?

14        e.    Federal or State welfare payments,         Yes ____ No ____

15              Social Security or other govern-

16              ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                                   Yes ____ No \_\_\_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.    Do you own or are you buying a home?          Yes ____ No ✓
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.    Do you own an automobile?                     Yes ____ No ✓
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes _____ No _____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.    Do you have a bank account?   Yes ____ No ✓ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _____
12 | _____
13 | Present balance(s):  $ _____ / _____
14 | Do you own any cash?  Yes ____ No ✓ Amount:  $ _____
15 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 | market value.)                                     Yes ____ No ____
17 | _____
18 | 8.    What are your monthly expenses?   I DONT KNOW
19 | Rent: $ _____ Utilities: _____
20 | Food: $ _____ Clothing: _____
21 | Charge Accounts:
22 | Name of Account             Monthly Payment           Total Owed on This Account
23 | _____   $ _____       $ _____
24 | _____   $ _____       $ _____
25 | _____   $ _____       $ _____
26 | 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No __✓__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05/25/24                                   /s/ Elgridjemeta

DATE                                        SIGNATURE OF APPLICANT