Clear Form

FILED

MAY 28 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bonnie Silvestri, Elgio Limera, Sean Derning, Binford Cannady

Plaintiff,

vs.

County of Marin, Marin County Sheriffs Department

Defendant.

CASE NO. C24-03181 AMO

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Sean Derning, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.    Business, Profession or                    Yes ____ No __|__

8             self employment?

9       b.    Income from stocks, bonds,                 Yes ____ No __|__

10            or royalties?

11      c.    Rent payments?                             Yes ____ No __|__

12      d.    Pensions, annuities, or                    Yes ____ No __|__

13            life insurance payments?

14      e.    Federal or State welfare payments,         Yes __✓__ No ____

15            Social Security or other govern-

16            ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each. *General Assistance*

19  _____*General Assistance*_____

20  _____*$387 A month*_____

21  3.    Are you married?                               Yes ____ No __✓__

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?    Yes ✓  No ____

Estimated Market Value: $ 1984 AMERICAN EAGLE BUS   Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes ✓  No ~~✗~~

Make FORD    Year 2005    Model SUPER DUTY

Is it financed? Yes ____ No ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ____ No ____

_____

8. What are your monthly expenses?  $ 425

Rent: $ _____    Utilities: _____

Food: $ _____    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05/25/2024

DATE                                              SIGNATURE OF APPLICANT