Binford Road Community
Binford Road, CA
Binfordrd@gmail.com

**FILED**
MAY 28 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT

NORTHER DISTRICT OF CALIFORNIA

Bonnie Silveria, Elgio Limeta, Sean Derning, Binford Community

Plaintiff(s)

vs.

Marin County Sheriffs Department, Michael Thompson, Julia Barnes, County of Marin DOES 1-10

Defendant(s)

Case No.: Number

**C24-03181 AMO**

MOTION TO APPOINTMENT FOR COUNSEL

1. We the undersigned seek appointment of counsel and appointment of counsel for the unincorporated association known as the Binford Community.
2. We are searching diligently for an attorney
3. On May 27th, we emailed attorney attorney Lucie Hollingsworth of Legal Aid of Marin requesting representation in this lawsuit. Attahced in Exhibit A is a copy of the communication we sent.
4. On May 27th, we emailed attorney Andrea Henson of Where Do We Go Berkeley requesting representation in this lawsuit. Attahced in Exhibit B is a copy of the communication we sent.
5. On May 27th, we emailed attorney Anthony Prince of the California Homeless Union requesting representation in this lawsuit. Attahced in Exhibit C is a copy of the communication we sent.

MOTION TO APPOINTMENT FOR COUNSEL - 1

6. On May 27th, we emailed attorney requesting representation in this lawsuit. Attahced in Exhibit _ is a copy of the communication we sent.

7. On May 27th, we emailed attorney Kath Roger of the American Civil Liberty Union of Southern California requesting representation in this lawsuit. Attahced in Exhibit D is a copy of the communication we sent.

8. On May 27th, we emailed attorney John Do of the American Civil Liberty Union of Northern California requesting representation in this lawsuit. Attached in Exhibit E is a copy of the communication we sent.

9. On May 27th, we emailed Scout Katovich of the American Civil Liberty Union National office requesting representation in this lawsuit. Attahced in Exhibit F is a copy of the communication we sent.

10. On May 27th, we emailed attorney Charles Dresow requesting representation in this lawsuit. Attahced in Exhibit G is a copy of the communication we sent.

11. Appointment of counsel because the case arises out of questions of constitutional law, and also because it is very difficult for people experiencing homelessness to prosecute a lawsuit like this.

12. Also, Plaintiffs propose the appointed attorney represent **Binford Community** so that the attorney can provide broad services to members of our association, and conserve the resources of the appointed attoney and doing substantial justice.

We the undersigned submit the below

X *Bonni Silvera*
May 27, 2024

/s/ X *Elqed Jmota*
05-27-2024

/s/ *[signature]*
05-27-2024

/s/

MOTION TO APPOINTMENT FOR COUNSEL - 2



Binford Rd <binfordrd@gmail.com>

## Request For Legal Representation on Binford Road
1 message

**Binford Rd** <binfordrd@gmail.com>  Mon, May 27, 2024 at 2:17 PM
To: lhollingsworth@legalaidmarin.org

Our names are Bonnie Silveria, Elgio Limeta, and Sean Derning of the newly formed Binford Road Residents Association, an unincorporated association whose members comprise all unhoused residents of Binford Road.

We are the largest community of unhoused people in Marin County and consequentially have garnered the most attention, much of which has been unduly negative, perpetrated by negative portrayals by the sheriff's dept, among others.

We are seeking legal representation for some or all of our legal affairs moving forward. Our most pressing legal need is to file for a temporary restraining order and preliminary injunction against the County of Marin and the Marin sheriff's department to halt the seizure and summary destruction of our residents' property. The county promises to store said property and return it to us upon request, but nobody has ever succeeded in retrieving any of their seized property. Furthermore, the restraining order is needed because of the ongoing harassment against Binford residents by the Marin county sheriff's department and by Novato Police. Binford road is unincorporated land of Marin county; Novato PD has about as much business on Binford road as does Sausalito PD: none. The harassment by these parties is well documented and extensive.

We anticipate filing for the aforementioned proceedings within this upcoming week. We will seek an appointed attorney from the Court and will be representing ourselves pro se in the interim. However, we'd like to bring in as many attorneys into the fold as possible. Pro-bono work would be welcomed of course but it is not our expectation. I say this only because our reputation as homeless precedes us.

Let me know if you have any interest in working this kind of case, or if you know any colleagues that would be interested. Any input of any kind that you may have would be welcomed and much appreciated. I would love to hear your concerns, questions, thoughts, etc. that you may have as far as your ability and desire to represent the Binford Community Association.



**Binford Rd <binfordrd@gmail.com>**

## Request for Legal Representation for Situation on Binford Road
1 message

**Binford Rd** <binfordrd@gmail.com>                                    Mon, May 27, 2024 at 2:16 PM
To: "ahenson@wdwg.org" <ahenson@wdwg.org>

Our names are Bonnie Silveria, Elgio Limeta, and Sean Derning of the newly formed Binford Road Residents Association, an unincorporated association whose members comprise all unhoused residents of Binford Road.

We are the largest community of unhoused people in Marin County and consequentially have garnered the most attention, much of which has been unduly negative, perpetrated by negative portrayals by the sheriff's dept, among others.

We are seeking legal representation for some or all of our legal affairs moving forward. Our most pressing legal need is to file for a temporary restraining order and preliminary injunction against the County of Marin and the Marin sheriff's department to halt the seizure and summary destruction of our residents' property. The county promises to store said property and return it to us upon request, but nobody has ever succeeded in retrieving any of their seized property. Furthermore, the restraining order is needed because of the ongoing harassment against Binford residents by the Marin county sheriff's department and by Novato Police. Binford road is unincorporated land of Marin county; Novato PD has about as much business on Binford road as does Sausalito PD: none. The harassment by these parties is well documented and extensive.

We anticipate filing for the aforementioned proceedings within this upcoming week. We will seek an appointed attorney from the Court and will be representing ourselves pro se in the interim. However, we'd like to bring in as many attorneys into the fold as possible. Pro-bono work would be welcomed of course but it is not our expectation. I say this only because our reputation as homeless precedes us.

Let me know if you have any interest in working this kind of case, or if you know any colleagues that would be interested. Any input of any kind that you may have would be welcomed and much appreciated. I would love to hear your concerns, questions, thoughts, etc. that you may have as far as your ability and desire to represent the Binford Community Association.



Binford Rd <binfordrd@gmail.com>

## Request for Representation For Situation on Binford Road
1 message

**Binford Rd** <binfordrd@gmail.com>                                                          Mon, May 27, 2024 at 2:16 PM
To: John Do <JDo@aclunc.org>

Our names are Bonnie Silveria, Elgio Limeta, and Sean Derning of the newly formed Binford Road Residents Association, an unincorporated association whose members comprise all unhoused residents of Binford Road.

We are the largest community of unhoused people in Marin County and consequentially have garnered the most attention, much of which has been unduly negative, perpetrated by negative portrayals by the sheriff's dept, among others.

We are seeking legal representation for some or all of our legal affairs moving forward. Our most pressing legal need is to file for a temporary restraining order and preliminary injunction against the County of Marin and the Marin sheriff's department to halt the seizure and summary destruction of our residents' property. The county promises to store said property and return it to us upon request, but nobody has ever succeeded in retrieving any of their seized property. Furthermore, the restraining order is needed because of the ongoing harassment against Binford residents by the Marin county sheriff's department and by Novato Police. Binford road is unincorporated land of Marin county; Novato PD has about as much business on Binford road as does Sausalito PD: none. The harassment by these parties is well documented and extensive.

We anticipate filing for the aforementioned proceedings within this upcoming week. We will seek an appointed attorney from the Court and will be representing ourselves pro se in the interim. However, we'd like to bring in as many attorneys into the fold as possible. Pro-bono work would be welcomed of course but it is not our expectation. I say this only because our reputation as homeless precedes us.

Let me know if you have any interest in working this kind of case, or if you know any colleagues that would be interested. Any input of any kind that you may have would be welcomed and much appreciated. I would love to hear your concerns, questions, thoughts, etc. that you may have as far as your ability and desire to represent the Binford Community Association.

                                                                     **Binford Rd <binfordrd@gmail.com>**

## Request For Legal Representation on Binford Road
1 message

**Binford Rd** <binfordrd@gmail.com>                                                Mon, May 27, 2024 at 2:18 PM
To: cdresow@rflawllp.com

Our names are Bonnie Silveria, Elgio Limeta, and Sean Derning of the newly formed Binford Road Residents Association, an unincorporated association whose members comprise all unhoused residents of Binford Road.

We are the largest community of unhoused people in Marin County and consequentially have garnered the most attention, much of which has been unduly negative, perpetrated by negative portrayals by the sheriff's dept, among others.

We are seeking legal representation for some or all of our legal affairs moving forward. Our most pressing legal need is to file for a temporary restraining order and preliminary injunction against the County of Marin and the Marin sheriff's department to halt the seizure and summary destruction of our residents' property. The county promises to store said property and return it to us upon request, but nobody has ever succeeded in retrieving any of their seized property. Furthermore, the restraining order is needed because of the ongoing harassment against Binford residents by the Marin county sheriff's department and by Novato Police. Binford road is unincorporated land of Marin county; Novato PD has about as much business on Binford road as does Sausalito PD: none. The harassment by these parties is well documented and extensive.

We anticipate filing for the aforementioned proceedings within this upcoming week. We will seek an appointed attorney from the Court and will be representing ourselves pro se in the interim. However, we'd like to bring in as many attorneys into the fold as possible. Pro-bono work would be welcomed of course but it is not our expectation. I say this only because our reputation as homeless precedes us.

Let me know if you have any interest in working this kind of case, or if you know any colleagues that would be interested. Any input of any kind that you may have would be welcomed and much appreciated. I would love to hear your concerns, questions, thoughts, etc. that you may have as far as your ability and desire to represent the Binford Community Association.



Binford Rd <binfordrd@gmail.com>

## Request for Representation For Situation on Binford Road
1 message

**Binford Rd** <binfordrd@gmail.com>                                             Mon, May 27, 2024 at 2:16 PM
To: Scout Katovich <skatovich@aclu.org>

Our names are Bonnie Silveria, Elgio Limeta, and Sean Derning of the newly formed Binford Road Residents Association, an unincorporated association whose members comprise all unhoused residents of Binford Road.

We are the largest community of unhoused people in Marin County and consequentially have garnered the most attention, much of which has been unduly negative, perpetrated by negative portrayals by the sheriff's dept, among others.

We are seeking legal representation for some or all of our legal affairs moving forward. Our most pressing legal need is to file for a temporary restraining order and preliminary injunction against the County of Marin and the Marin sheriff's department to halt the seizure and summary destruction of our residents' property. The county promises to store said property and return it to us upon request, but nobody has ever succeeded in retrieving any of their seized property. Furthermore, the restraining order is needed because of the ongoing harassment against Binford residents by the Marin county sheriff's department and by Novato Police. Binford road is unincorporated land of Marin county; Novato PD has about as much business on Binford road as does Sausalito PD: none. The harassment by these parties is well documented and extensive.

We anticipate filing for the aforementioned proceedings within this upcoming week. We will seek an appointed attorney from the Court and will be representing ourselves pro se in the interim. However, we'd like to bring in as many attorneys into the fold as possible. Pro-bono work would be welcomed of course but it is not our expectation. I say this only because our reputation as homeless precedes us.

Let me know if you have any interest in working this kind of case, or if you know any colleagues that would be interested. Any input of any kind that you may have would be welcomed and much appreciated. I would love to hear your concerns, questions, thoughts, etc. that you may have as far as your ability and desire to represent the Binford Community Association.