Binford Road Community
Binford Road, CA
Binfordrd@gmail.com

**FILED**
MAY 28 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT

NORTHER DISTRICT OF CALIFORNIA

Case No.: Number
**C24-03181**

Bonnie Silveria, Elgio Limeta, Sean Derning, Binford Community

MOTION FOR HEARING TO BE CONDUCTED ON ZOOM

Plaintiff(s)

vs.

Marin County Sheriffs Department, Michael Thompson, Julia Barnes, County of Marin DOES 1-10

Defendant ( s )

1. We the undersigned are plaintiffs in the above action.
2. The nearest bus stop from where we live that goes to Oakland or San Francisco is around a mile away. Taking a bus, round trip, is likely to take 4 to 5 hours of walking, waiting, and riding on the bus.
3. We don't have reliable transporation to get to the court houses in Oakland or San Francisco.
4. Because of this, we ask the court conduct all hearings on Zoom as possible.

Respectfully submitted

X *Bonnie Silveria* May 27, 2024
X *Elgio Limeta* 05-27-2024
*[signature]* 05 27 2024

MOTION FOR HEARING TO BE CONDUCTED ON ZOOM - 1