UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARIN COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 24-cv-03181-AMO <br><br> **ORDER SETTING BRIEFING SCHEDULE AND ZOOM HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 1 |

On May 28, 2024, Plaintiffs Bonnie Silveria, Elgio Limeta, Sean Derning, and the "Binford Community" filed a motion seeking a temporary restraining order ("TRO") against Defendants Michael Thompson, Julia Barnes, the County of Marin, and the Marin County Sheriff's Department, seeking to enjoin them from removing and destroying the possessions of those living at the Binford Road encampment in Marin County. ECF 1.

Pending further order of the Court, Defendants shall refrain from taking any further action against Plaintiffs in connection with the "15 Day Notice[s] of Cleanup and Property Removal" posted on May 10, 2024 and May 15, 2024. *See* ECF 1 at 18, 20.

Defendants are **ORDERED** to file a response to Plaintiffs' motion by Wednesday, May 29, 2024 at 5:00 p.m. The Court will hold a hearing on Thursday, May 30, 2024 at 2:30 p.m. via Zoom.

///

///

///

///

///

The Clerk shall serve a copy of Plaintiffs' motion and this order on the Marin County Counsel, Brian Washington, via email at brian.washington@marincounty.gov.

The Clerk shall also serve a copy of this order on Plaintiffs, via email at Binfordrd@gmail.com.

**IT IS SO ORDERED.**

Dated: May 28, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**