BRIAN E. WASHINGTON, COUNTY COUNSEL
COUNTY OF MARIN
Jenna Brady, Chief Deputy County Counsel
State Bar No. 233440
Jacy C. Dardine, Deputy County Counsel
State Bar No. 294294
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117; Fax: (415) 473-3796
jenna.brady@marincounty.gov
jacy.dardine@marincounty.gov

Attorney for Defendant
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, ELGIO LIMETA, SEAN DERNING, BINFORD COMMUNITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, MICHAEL THOMPSON, JULIA BARNES, COUNTY OF MARIN DOES 1-10<br><br>    Defendants. | Case No.: 3:24-cv-03181-AMO<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    May 30, 2024<br>Time:    2:30 P.M.<br>Dept:    Zoom<br>Judge:  Honorable Araceli Martinez-Olguin<br><br>Date Filed:    May 28, 2024<br>Trial Date:    Not Set |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is County Counsel of Marin County, Suite 275, Civic Center, San Rafael, CA 94903. I hereby certify that on May 29, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT COUNTY OF MARIN'S OPPOSITION TO PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER;**

**DECLARATION OF JULIA BARNES IN SUPPORT OF DEFENDANT COUNTY OF MARIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER;**

**DECLARATION OF ANDREA O'MALLEY IN SUPPORT OF DEFENDANT COUNTY OF MARIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER;**

**DECLARATION OF DEPUTY MICHAEL THOMPSON IN SUPPORT OF DEFENDANT COUNTY OF MARIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 29, 2024, at San Rafael, California.

- [x] by electronic Transmission. I caused the documents to be sent on the date shown below to the persons at the electronic service address listed below. I did not receive within a reasonable time after the transmission an electronic message or other indication that the transmission was unsuccessful.

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [ ] by placing the document(s) listed above in a sealed envelope for collection and mailing on that date following ordinary business practices. I am readily familiar with the County's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

- [ ] by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

**VIA E-MAIL AND ECF**:
Bonnie Silveria
1305 Leafwood Drive #2
Novato, CA 94954
Binfordrd@gmail.com

Elgio Limeta
1305 Leafwood Drive #2
Novato, CA 94954
Binfordrd@gmail.com

Sean Derning
1135 Porter Street, Unit B
Vallejo, CA 94590
binfordrd@gmail.com

☒   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 29, 2024, at San Rafael, California.

*Billie Zoller*
Billie Zoller