BRIAN E. WASHINGTON, COUNTY COUNSEL
COUNTY OF MARIN
Jenna Brady, Chief Deputy County Counsel
State Bar No. 233440
Jacy C. Dardine, Deputy County Counsel
State Bar No. 294294
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117; Fax: (415) 473-3796
jenna.brady@marincounty.gov
jacy.dardine@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, ELGIO LIMETA, SEAN DERNING, BINFORD COMMUNITY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, MICHAEL THOMPSON, JULIA BARNES, COUNTY OF MARIN DOES 1-10<br><br>　　　　　Defendants. | Case No.: 3:24-cv-03181-AMO<br><br>**DECLARATION OF DEPUTY MICHAEL THOMPSON IN SUPPORT OF DEFENDANT COUNTY OF MARIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN<br><br>Date:　May 30, 2024<br>Time:　2:30 P.M.<br>Dept:　Zoom<br><br>Date Filed:　May 28, 2024<br>Trial Date:　Not Set |

I, Deputy Michael Thompson, declare:

1. I am, and at all times relevant to this matter, have been a Deputy Sheriff for the Marin County Sheriff's Office. I have personal knowledge of the facts stated in this declaration and if called as a witness could and would testify competently thereto.

1

Case No.: 3:24-cv-03181-AMO

184775

2. I have been a Deputy Sheriff for the County of Marin since 2005. Since January 2022, I have been a Homeless Liaison. In that role, I perform outreach to residents that are homeless and/or housing insecure and connect them with social workers and others that assist them in securing services and housing. I also work within the County and with our community partners to reduce the number of homeless residents unnecessarily entering the criminal justice system, and to use community policing strategies to address issues in and around homeless encampments.

3. In my role as Homeless Liaison, I am on Binford Road multiple times a week connecting with individuals residing along the road in their vehicles or structures. Binford Road is a long stretch of road in unincorporated Marin County that has the bay on one side and commercial buildings on the other and is two lanes.

4. Some of the individuals who reside on Binford Road store personal belongs along the road in the public right-of-way. The road is narrow and has no sidewalks. Therefore, it can be dangerous for cars and people walking along the road because of how close the vehicles and personal property are to the road. Personal property along Binford Road has fallen into the bay along the road. Long term parking is not legally permissible on Binford Road, but the County's focus has been on transitioning people into alternative housing while maintaining safety to the individuals on Binford and the surrounding community.

5. I have visited with each plaintiff in this action on numerous occasions.

6. Ms. Bonnie Silveria resides on Binford Road and lives in a recreational vehicle. In addition, Ms. Silveria stores personal property outside her recreational vehicle in the public right-of-way. On November 3, 2023, the County provided Ms. Silveria with a 15-day notice of cleanup and property removal. See Exhibit A The notice provides the phone number that individuals may call to retrieve stored personal property within 90 days.

7. The County removed the property on November 20, 2023. I was not at the location during the property removal.

2

DECLARATION OF DEPUTY MICHAEL THOMPSON IN SUPPORT OF DEFENDANT COUNTY OF MARIN'S
OPPOSITION TO TEMPORARY RESTRAINING ORDER
Case No.: 3:24-cv-03181-AMO

8. If people on Binford Road ask me about retrieval of belongings from storage, I direct them to the phone number on the 15 day notice to call.

9. I am not aware of any dogs being killed on Binford Road.

10. Mr. Sean Derning resides on Binford Road and lives in a recreational vehicle. In addition, Mr. Derning stores personal property outside his recreational vehicle in the public right-of-way. On November 17, 2023, the County provided Mr. Derning with a 15-day notice of cleanup and property removal. See Exhibit B. The notice provides the phone number that individuals may call to retrieve stored personal property within 90 days.

11. The County removed the property on December 8, 2023. I was at the location during the property removal. Mr. Derning did not contact me to retrieve his property. Mr. Derning's property is currently in storage and is available to him upon request.

12. I have never had communications with Mr. Derning related to a disability or request for an accommodation.

13. Mr. Elgio Limeta resides on Binford Road in a structure. On March 6, 2024, the County provided Mr. Limeta with a 15-day notice of cleanup and property removal. See Exhibit C.

14. The County removed the property on March 29, 2024. I was at the location during the property removal. Mr. Limeta was given time to move items into his structure that he wanted to keep.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2024, in San Rafael, California.

*Michael D. Thompson*
DEPUTY MICHAEL THOMPSON