```
1  BRIAN E. WASHINGTON, COUNTY COUNSEL
   COUNTY OF MARIN
2  Jenna Brady, Chief Deputy County Counsel
   State Bar No. 233440
3  Jacy C. Dardine, Deputy County Counsel
   State Bar No. 294294
4  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
5  Tel.: (415) 473-6117; Fax: (415) 473-3796
   jenna.brady@marincounty.gov
6  jacy.dardine@marincounty.gov

7  Attorneys for Defendants
   COUNTY OF MARIN,
8  MICAHEL THOMPSON,
   and JULIA BARNES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, ELGIO LIMETA, SEAN DERNING, BINFORD COMMUNITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, MICHAEL THOMPSON, JULIA BARNES, COUNTY OF MARIN DOES 1-10<br><br>    Defendants. | Case No.: 3:24-cv-03181-AMO<br><br>**NOTICE OF ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS JULIA BARNES AND MICHAEL THOMPSON**<br><br>Date:    May 30, 2024<br>Time:   2:30 P.M.<br>Dept:   Zoom<br>Judge:  Honorable Araceli Martinez-Olguin<br><br>Date Filed:   May 28, 2024<br>Trial Date:    Not Set |

///
///
///
///
///
///

1  TO DEFENDANTS BONNIE SILVERIA, ELGIO LIMETA, SEAN DERNING, BINFORD COMMUNITY AND THEIR ATTORNEY OF RECORD:

You are hereby notified that Jenna Brady, Marin County Counsel's Office, agrees to accept service on behalf of defendants Julia Barnes and Michael Thompson, of any and all documents pertaining to this case.

Dated: May 31, 2024

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN

_____
Jenna Brady
Jacy C. Dardine
Attorney for Defendant
COUNTY OF MARIN,
MICAHEL THOMPSON,
and JULIA BARNES