United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELGIO LIMETA,

    Plaintiff,

v.

MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 24-cv-07047-TLT

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to *24-cv-03181-AMO*.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
TRINA L. THOMPSON
United States District Judge

MTD 11/7/24 ECF 20