

4-cv-03181-AMO   Document 30   Filed 02/03/25   Pa

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
01/22/25 ZIP 01102
043M31456120

FILED
FEB 03 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
FEB 0 3 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 940
22 JAN 2025 PM 5

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

BC: 94102366199  *1548-01405-22-41

94947-4E500
94102>3661

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

Elgio Limeta
1305 Leafwood Drive #2
Novato, CA 94954

24-cv-03181-AMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 24-cv-03181-AMO<br><br>**ORDER RESCHEDULING HEARING & DIRECTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 20 |

    Defendants' motion to dismiss is currently set for a hearing on January 30, 2025. ECF 26. The Court hereby reschedules the hearing to March 20, 2025 at 2:00 p.m. so that Defendants can submit a supplemental brief of no more than 3 pages addressing what, if any, authority entitles them to dismissal on Plaintiffs' Fourth and Fourteenth Amendment claims for unreasonable seizure if the Court finds plausible Plaintiffs' allegations that instead of storing belongings, Defendants improperly discarded Plaintiffs' property. Defendants shall file their supplemental brief by no later than February 4, 2025.

    Because the Court has moved the hearing to March 20, 2025 at 2:00 p.m., the parties should not come to Court on January 30, 2025. Once the Court receives Defendants' supplemental brief, the Court may hold the March 20, 2025 hearing as scheduled in this order, cancel it, or reschedule it again. If the Court changes or cancels the hearing date, the parties will be notified.

///

///

///

///

Plaintiffs are reminded to keep their addresses and other contact information up-to-date so that they can receive notifications from the Court. *See* Civil L.R. 3-11.

**IT IS SO ORDERED.**

Dated: January 21, 2025

                                                                                  _____
                                                                                  **ARACELI MARTÍNEZ-OLGUÍN**
                                                                                  **United States District Judge**

2