1  Your Name:  Bonnie Silveria & Sean Dorning & Elgio Lineta
2  Address:    1305 Leafwood Drive #2, Novato CA 94945
3  Phone Number: _____
4  Fax Number: _____
5  E-mail Address: _____
6  Pro Se

FILED
JUL 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10  Division [check one]: ☐ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka

12  Silveria et al.                              )  Case Number: 3:24-cv-03181-AMO
                                                 )
                                                 )
                                                 )  [Check box for party submitting statement]:
14        Plaintiff,                             )
                                                 )  ☑ Plaintiff's     ☐ Defendant's
15        vs.                                    )
16  Marin County Sheriffs Department et al       )  CASE MANAGEMENT STATEMENT
                                                 )
17                                               )  DATE: July 31st 2025
                                                 )
18                                               )  TIME: 10:30am
                                                 )
19                                               )  JUDGE: Hon. Arcelia Martinez Olguin
                                                 )
20                                               )
                                                 )
21        Defendant.                             )
                                                 )

28  [See the Instructions for more detailed information about how to complete this template.]

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____   [JDC TEMPLATE – Rev. 05/17]

## 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

[✔] Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* _____

_____

[ ] Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. SERVICE

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| MCSO | | [✔] Yes  [ ] No | [ ] Yes  [ ] No |
| | | [ ] Yes  [ ] No | [ ] Yes  [ ] No |

[ ] Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.

## 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Plaintiffs allege that Marin County Sheriffs Department seized and destroyed Plaintiff's property without due process of law.

## 4. LEGAL ISSUES
*Briefly explain the laws the Plaintiff says the Defendant violated.*

_____
_____
_____
_____
_____
_____
_____
_____
_____

## 5. MOTIONS
*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| MCSO | Motion To Dismiss | Granted in Part Denied In Part |
|  |  |  |

☐ Check box if there are more motions and add a page at the end with additional information.

## 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM
*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* _____

  ☐ does not plan to amend the Complaint.

  ☐ plans to amend the Complaint by *[date]* _____

☐ Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.

\\

\\

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____    *[JDC TEMPLATE – Rev. 05/17]*

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* _____ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☑ Parties have not yet sent each other Initial Disclosures, but agree to exchange them by *[date]* _____

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

_____
_____
_____
_____
_____
_____
_____

## 10. CLASS ACTIONS

Not applicable.

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____   *[JDC TEMPLATE – Rev. 05/17]*

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is <u>not</u> aware of any related cases.

☑ is aware of related cases *[list cases]*: Limeta v Marin County Sheriffs Departme
Fleming v Marin County Sheriffs Department

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Compensatory and injunctive relief.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☐ have tried to settle the case.

☑ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☑ Mediation

☐ Other _____

Information needed: _____

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____   *[JDC TEMPLATE – Rev. 05/17]*

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* _____

  ☐ does consent to a magistrate judge.

  ☐ does not consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☑ Not applicable.

☐ Issues that can be resolved by agreement: _____

☐ Issues that can be resolved by motion: _____

### 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

### 18.    SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑ Agree to have Court set deadlines.

☐ Proposed deadlines:

---

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____    *[JDC TEMPLATE – Rev. 05/17]*

### 19. TRIAL
*Check the box that applies and estimate how long the trial will last.*

☑ This case will be tried by a jury. The trial is expected to last __3__ days.

☐ This case will be tried by a judge. The trial is expected to last ____ days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

•

NOTE: *This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: JULY 22 2025   Sign Name: [signature]

July 22, 25

Print Name: SEAN DERNING

Pro Se Bonnie Silverio

[signature]

July 22 2025

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-03181-AMO
PAGE NO. ____ OF ____   [JDC TEMPLATE – Rev. 05/17]