

24-cv-03181-AMO Document 39 Filed 07/28/25

US POSTAGE
quadient
FIRST-CLASS MAIL
ZIP 94102
06/27/2025
$000.69
IMI
043M31250120

FILED
JUL 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
OFFICIAL BUSINESS

-R-T-S- 949474109-1N 009 07/23/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Bonnie Silveria
1305 Leafwood Drive
#2
Novato, CA 94954

24-cv-03181-AMO

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 6/26/2025 at 11:40 AM and filed on 6/26/2025
**Case Name:**      Silveria et al v. Marin County Sheriffs Department et al
**Case Number:**    3:24-cv-03181-AMO
**Filer:**
**Document Number:** 34(No document attached)

**Docket Text:**

**ORDER: The Court hereby sets a case management conference for July 31, 2025 at 10:30 a.m., to be held via Zoom. The parties shall file a joint case management statement by no later than noon on July 24, 2025. Plaintiffs are on notice that failure to file a statement by the deadline or appear at the conference may result in dismissal for failure to prosecute without further notice. Plaintiffs are reminded that they may contact the Federal Pro Bono Projects Help Desk a free service for pro se litigants by calling (415) 782-8982 or emailing fedpro@sfbar.org to make an appointment. Signed by Judge Araceli Martinez-Olguin on June 26, 2025. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amolc1, COURTSTAFF) (Filed on 6/26/2025)**

---

**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**

**3:24-cv-03181-AMO Notice has been electronically mailed to:**

Jacy C. Dardine    jacy.dardine@marincounty.gov, billiejean.zoller@marincounty.gov, jenna.brady@marincounty.gov

Jennifer Jo Brady    jenna.brady@marincounty.gov, billiejean.zoller@marincounty.gov

**3:24-cv-03181-AMO Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Bonnie Silveria
1305 Leafwood Drive
#2
Novato, CA 94954

Elgio Limeta
1305 Leafwood Drive #2
Novato, CA 94954

Sean Derning