

cv-03181-AMO　　Document 41　　Filed 08/18/25

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
07/25/2025 ZIP 94102
043M312556120

SAN FRANCISCO CA

FILED
AUG 18 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
AUG 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

957 DFE 1   825F0008/15/25
SILVERIA, BONNIE
RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 94102348999       *1340-00013-25-42

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

Bonnie Silveria
1305 Leafwood Drive
#2
Novato, CA 94954

24-cv-03181-AMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIN COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 24-cv-03181-AMO<br><br>**CLERK'S NOTICE RE ZOOM INSTRUCTIONS**<br><br>Re: Dkt. No. 38 |

Initial Case Management Conference set for 7/31/2025 at 10:30 AM - Videoconference Only. This proceeding will be held via a Zoom webinar.

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://cand-uscourts.zoomgov.com/j/1603329440?pwd=OW1ZZWlZcklySHBMcStTVDZvZDJoUT09

**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. **A list of names and emails must be sent to the CRD at amocrd@cand.uscourts.gov no later than July 29, 2025 at 12:00 PM PST.**

**Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Dated: July 25, 2025

                                                    Mark B. Busby<br>                                                    Clerk, United States District Court