UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et. al., ) | |
| ) | Case Number: 3:24-cv-03181-AMO |
| Plaintiffs, ) | |
| ) | |
| ) | ORDER TO LOCATE PRO BONO |
| v. ) | COUNSEL; STAYING PROCEEDINGS |
| ) | |
| MARIN COUNTY SHERIFF'S ) | |
| DEPARTMENT, et. al., ) | |
| ) | |
| Defendants. ) | |

The Plaintiffs, being in need of counsel to assist them in this matter, and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for:

    ☒ <u>all purposes</u> for the duration of the case
    ☐ the <u>limited purpose</u> of representing the litigant in the course of
    ☐ mediation
    ☐ early neutral evaluation
    ☐ settlement conference
    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    _____

☐ discovery as follows:

_____
_____

☐ other:

_____
_____

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiffs, that attorney shall be appointed as counsel for Plaintiffs in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant(s) once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent the Plaintiffs in this action.

**IT IS SO ORDERED.**

Dated:  August 29, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**