

4-cv-03181-AMO Document 44 Filed 09/03/25

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
08/27/2025 ZIP 94102
043M31256120

957 N7E 1 825I0108/29/25
RETURN TO SENDER
SILVERIA BONNIE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 94102348999 *0140-03857-27-40

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
OFFICIAL BUSINESS

RECEIVED
SEP 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 03 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Bonnie Silveria
1305 Leafwood Drive
#2
Novato, CA 94954

24-cv-03181-AMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIN COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>    Defendants. | Case No.24-cv-03181-AMO<br><br>**CLERK'S NOTICE VACATING HEARING**<br><br>Re: Dkt. No. 42 |

    The Further Case Management Conference previously set for 9/3/2025 is hereby VACATED.

Dated: August 27, 2025

                                                      Mark B. Busby<br>
                                                      Clerk, United States District Court

                                                      By: _____<br>
                                                      Alexis Solorzano Rodriguez, Deputy Clerk to<br>
                                                      the Honorable ARACELI MARTÍNEZ-OLGUÍN<br>
                                                      (415) 522-2030