OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

FILED
SEP 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
SEP 10 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA



quadient
FIRST-CLASS MAIL
IMI
$000.74
09/02/2025 ZIP 94102
043M31256120
US POSTAGE

957 N7E 1    8ZSI0109/07/25
RETURN TO SENDER
SILVERIA BONNIE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 94102348999    *0140-02772-02-42

Bonnie Silveria
1305 Leafwood Drive
#2
Novato, CA 94954

24-cv-03181-AMO

Case 3:24-cv-03181-AMO   Document 43   Filed 08/29/25   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE SILVERIA, et. al.,            )
                                     )
            Plaintiffs,              ) Case Number: 3:24-cv-03181-AMO
                                     )
     v.                              ) ORDER TO LOCATE PRO BONO
                                     ) COUNSEL; STAYING PROCEEDINGS
MARIN COUNTY SHERIFF'S               )
DEPARTMENT, et. al.,                 )
                                     )
            Defendants.              )

The Plaintiffs, being in need of counsel to assist them in this matter, and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for:

   ☒ all purposes for the duration of the case
   ☐ the limited purpose of representing the litigant in the course of
      ☐ mediation
      ☐ early neutral evaluation
      ☐ settlement conference
      ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

☐ discovery as follows:

_____

_____

☐ other:

_____

_____

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiffs, that attorney shall be appointed as counsel for Plaintiffs in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant(s) once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent the Plaintiffs in this action.

**IT IS SO ORDERED.**

Dated: August 29, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**