UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> MARIN COUNTY SHERIFF'S DEPARTMENT, et. al., <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) Case Number: 3:24-cv-03181-AMO <br> ) <br> ) <br> ) ORDER APPOINTING COUNSEL <br> ) <br> ) <br> ) <br> ) <br> ) |

Because Plaintiffs have requested and are in need of counsel to assist them in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Plaintiffs in this matter:

Erika H. Warren (SBN 295570)
Warren LLP
2261 Market Street, No. 606
San Francisco CA 94114
erika@warrenllp.com
(415) 895 2940

Jessica Lord (SBN 359585)
Warren LLP
2261 Market Street, No. 606
San Francisco CA 94114
jessica@warrenllp.com
(415) 895 2940

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☒ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:
    _____

X   Counsel have agreed to revisit the scope of representation following the parties' settlement conference; the Court may accordingly modify and expand the scope of representation set by this Order at that time.

All proceedings in this action are hereby stayed until four weeks from the date of this Order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge