UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et al., | Case No. 24-cv-03181-AMO |
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| MARIN COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, this matter is referred

[x] for random assignment to a United States Magistrate Judge

[ ] to United States Magistrate Judge

to conduct a settlement conference within 90 days, or as soon thereafter as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 10, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

*Rev. 10-18*