Erika H. Warren (State Bar No. 295570)
Jessica Lord (State Bar No. 359585)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3183@cases.warrenllp.com

*Pro bono attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE SILVERIA, et al., | Case No. 24-cv-03181-AMO |
| Plaintiffs, | **STATUS REPORT CONCERNING** |
| v. | ***PRO BONO* COUNSEL'S EFFORTS TO CONTACT PLAINTIFFS** |
| MARIN COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

On February 11, 2026, the Court issued an order appointing the undersigned counsel to represent plaintiffs in this matter for the purpose of a settlement conference. Docket No. 46. On March 10, 2026, the Court referred this action to Magistrate Judge Thomas S. Hixson for Settlement. Docket No. 49. On March 16, 2026, the parties appeared before Judge Hixson for a Pre-Settlement Conference. During that conference, counsel informed Judge Hixson that they have been unable to establish contact with any of the plaintiffs in this action to date. Judge Hixson accordingly set a further Pre-Settlement Conference for Tuesday, April 21, 2026. Counsel hereby submits this status report to inform the Court of their attempts to establish contact with the plaintiffs since appointment.

As set forth in the accompanying declaration of Jessica Lord, counsel has diligently sought to contact Plaintiffs in order to prepare for a settlement conference. Counsel's efforts include sending an email to the address listed on the complaint, calling each of the telephone numbers listed on the

– 1 –                    Case No. 24-cv-03181-AMO

complaint, as well as telephone numbers provided by the Federal Pro Bono Project and appearing on documents provided by the County.  *See* Lord Decl. ¶¶ 2-5, 9-12.  Counsel's efforts further include contacting third-party organizations that directly support individuals experiencing homelessness in Marin.  *See* Lord Decl. ¶¶ 6-8, 13-14.

Unfortunately, as of the time of this filing, counsel has not been successful in reaching any of the plaintiffs.  Counsel will continue to investigate and pursue potential avenues for establishing contact with the plaintiffs in order to provide effective representation to the plaintiffs given their unique circumstances.

Date:  March 24, 2026

Respectfully submitted,

Erika H. Warren (State Bar No. 295570)
Jessica Lord (State Bar No. 359585)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3183@cases.warrenllp.com

*Pro bono attorneys for Plaintiffs*