Erika H. Warren (State Bar No. 295570)
Jessica Lord (State Bar No. 359585)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3183@cases.warrenllp.com

*Pro bono attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE SILVERIA, et al., | Case No. 24-cv-03181-AMO |
| Plaintiffs, | **DECLARATION OF JESSICA LORD** |
| v. | |
| MARIN COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

I, Jessica Lord, declare under 28 U.S.C. § 1746:

1.      I am an attorney licensed to practice before this Court and the State of California.  I am an attorney at Warren LLP.  My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.  I have advanced proficiency in Spanish.

2.      On February 18, 2026, I sent an email to the address listed on the complaint in this action.  As of today, I have not received a response to that email.

3.      On February 25, 2026, I called two telephone numbers, which were provided to my firm by the Federal Pro Bono Project and identified as contact numbers for Bonnie Silveria and Sean Derning.  I did not receive an answer, but left a voicemail message at one number requesting a call back.  According to the recorded message I received at the other, no voicemail box for that number has been created.

DECLARATION OF JESSICA LORD

4.    On February 26, 2026, I again called the telephone numbers for Ms. Silveria and Mr. Derning.  A person with a male-sounding voice answered the telephone number associated with Bonnie Silveria.  I asked if Ms. Silveria was available to speak with me, in both English and Spanish, but the person hung up the phone.  I called back, and left a voicemail at that telephone number explaining who I was trying to reach.

5.    On March 12, 2026, I again called the telephone numbers for Ms. Silveria and Mr. Derning to follow up regarding the email I sent to plaintiffs.

6.    An organization called Community Action Marin states that it provides direct support to individuals experiencing homelessness in Marin.  *See* https://camarin.org/blog/press-coverage/marin-awarded-2-9m-to-aid-homeless-campers-marin-ij/.  On March 12, 2026, I and my co-counsel placed a call to the contact number for Community Action Marin, listed on their website at https://camarin.org/contact-us/, in a further effort to reach the plaintiffs.  We spoke with a representative regarding establishing contact with the plaintiffs and provided a callback number.

7.    An organization called Downtown Streets Team also states that it has provided services to individuals living in Marin.  *See* https://www.streetsteam.org/marin.  On March 13, 2026,  I and my co-counsel placed calls to three contact numbers for Downtown Streets Team, listed on their website at https://www.streetsteam.org/marin, in a further effort to reach the plaintiffs.  We did not receive an answer, but left a voicemail message requesting a call back.

8.    On March 17, 2026, I and my co-counsel again called the contact number for Community Action Marin.  We spoke with a representative regarding establishing contact with the plaintiffs and provided a callback number.

9.    On March 17, 2026, I again called the telephone numbers for Ms. Silveria and Mr. Derning.  I did not receive an answer at either number, but left a voicemail message.

10.    On March 17, 2026, I called a telephone number listed on a document provided to me by the County, which Ms. Silveria appeared to have completed.  I reached voicemail, which instructed callers to leave a message for Steve Gonzalez.

11.    On March 19, 2026, I again called all of the telephone numbers for Ms. Silveria and Mr. Derning.  A person answered my call to the number associated with Bonnie Silveria, but it was not

Case No. 24-cv-03181-AMO

DECLARATION OF JESSICA LORD

Ms. Silveria. That person stated that they do not know Bonnie Silveria.

12. On March 19, 2026, I again called the telephone number associated with Ms. Silveria, and left a voicemail at that telephone number explaining who I was trying to reach.

13. On March 19, 2026, I again contacted Downtown Streets Team and left a voicemail message. I also called Community Action Marin to follow up on our previous conversation regarding potential connections with the plaintiffs. The Director of the care team informed me that they have not worked with any of the plaintiffs and do not have contact information for them.

14. On March 23, 2026, I visited the office address of Downtown Streets Team, listed on their website as 65 9th Street, San Francisco, California, 94103. Upon arrival, building personnel informed me that Downtown Streets Team no longer operates from that location. The Downtown Streets Team website states that their operations have ceased. https://www.streetsteam.org/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2026, at San Francisco, California.

Jessica Lord

DECLARATION OF JESSICA LORD