Erika H. Warren (State Bar No. 295570)
Jessica Lord (State Bar No. 359585)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3183@cases.warrenllp.com

*Pro bono attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE SILVERIA, et al., | Case No. 24-cv-03181-AMO |
| Plaintiffs, | **SUPPLEMENTAL STATUS REPORT CONCERNING *PRO BONO* COUNSEL'S EFFORTS TO CONTACT PLAINTIFFS** |
| v. | |
| MARIN COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

On March 24, 2026, *pro bono* counsel filed a status report concerning their efforts to contact plaintiffs in this action.  Docket No. 52.

On March 27, 2026, counsel successfully established contact with all named plaintiffs, and have obtained working contact information for future communications in this action.

Date:  March 30, 2026

Respectfully submitted,

Erika H. Warren (State Bar No. 295570)
Jessica Lord (State Bar No. 359585)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3183@cases.warrenllp.com

*Pro bono attorneys for Plaintiffs*

Case No. 24-cv-03181-AMO

PLAINTIFFS' SUPPLEMENTAL STATUS REPORT