UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SILVERIA, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>Defendants. | Case Number: 4:24-cv-03181-AMO<br><br>**ORDER TERMINATING LIMITED SCOPE REPRESENTATION** |

The above-entitled action was referred to the Federal Pro Bono Project for appointment of pro bono counsel. Attorneys from Warren LLP were appointed through the Federal Pro Bono Project to serve as volunteer counsel for Plaintiffs. The scope of representation was limited to settlement proceedings.

Since this purpose has been fulfilled, the Court now removes this case from the Federal Pro Bono Project. This terminates any further responsibilities of the pro bono counsel.

The Court thanks the Warren LLP attorneys for their service to the Federal Pro Bono Project and hereby relieves them from the limited scope representation.

IT IS SO ORDERED.

Dated: July 17, 2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge